UNITED STATES DISTRICT COURT CENTRAL
DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 20-CR-40056 |
| ) | |
| MITCHELL ALLEN MELEGA, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO CONTINUE

Now comes Defendant, MITCHELL ALLEN MELEGA, through his attorney, Maribeth Egert Dura, and for his Motion to Continue states as follows:

1. This matter is set for trial on April 10, 2023. A Pre-Trial is set for February 2, 2023.

2. That Defendant's counsel has received discovery but needs more time to review same with Defendant, MITCHELL ALLEN MELEGA. The discovery in this matter is voluminous and the Defendant is not ready for trial or to change his Plea. The Defendant is requesting at least an additional 90 days.

3. This continuance is made in good faith and the ends of justice would outweigh the interests of the parties by continuing this pretrial and current trial setting.

4. Assistant US Attorney, John Mehocko, and Counsel for the Co-Defendant have no objection to a continuance of the current pretrial and trial dates.

5. The Defendant has been consulted and concurs in this request.

WHEREFORE, The Defendant prays this Honorable Court grant Defendant's Motion to Continue and reset matter at least 90 days from the current settings.

MITCHELL ALLEN MELEGA, Defendant,

By: /s/ Maribeth Egert Dura
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John K Mehochko	john.mehochko@usdoj.gov, angela.mae.hutton@usdoj.gov, anysa.delarosa@usdoj.gov, CaseView.ECF@usdoj.gov, glenda.verbeke@usdoj.gov, sandy.moore@usdoj.gov

Maribeth Egert Dura	maribeth_dura@hotmail.com, duralaw@sbcglobal.net, maribeth_duralaw@sbcglobal.net

Murray W Bell	mwbell@kirkwoodlaw.com, aolson@kirkwoodlaw.com

William Lester Breedlove	william@breedlovelegal.com, taylor@breedlovelegal.com

                                        By: /s/ Maribeth Egert Dura
                                        Attorney for Defendant

Maribeth Egert Dura
Dura Law Office
4507 N. Sterling, Suite 301
Peoria, Illinois 61615
Ph:	(309) 686-0895
Fax:	(309) 686-0985
E-mail: Maribeth_Dura@hotmail.com